FILED

10/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0530

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**SUPREME COURT CAUSE NO. DA-22-0530**

\* \* \* \* \* \* \*

|  |  |
|---|---|
| In re the Name Change of:<br><br>PAXTEN MIGUEL PIPITONE<br><br>       Minor Child,<br><br>EVELYN PAZ,<br><br>       Petitioner/Appellee<br><br>And<br><br>FRANK PIPITONE,<br><br>       Respondent/Appellant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **ORDER DISMISSING APPEAL** |

Upon Motion of Appellant, and good cause appearing there, IT IS HEREBY ORDERED THAT the Appeal is hereby DISMISSED.

DATED this _____ day of _____ 2022.

_____
Clerk of Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 19 2022